# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0194
LT Case No. 16-2022-CJ-000244-AXXX

_____

I.Q.W., A CHILD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Collins Cooper, Judge.

Jessica J. Yeary, Public Defender, and Emmalyn Dalton, Special
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.


August 15, 2023


PER CURIAM.

AFFIRMED.


WALLIS, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____